UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. GEORGE CHEEK

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. **George Cheek, SBI # 468729C**, is now confined at the **Essex County Jail**

2. Said individual will be required at 50 Walnut Street, Newark, New Jersey, before the Hon. Katharine S. Hayden, U.S. District Judge, on Monday, September 19, 2011, at 3:00 p.m., to have an **Initial Appearance and Arraignment** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 12, 2011

/s/ Adam N. Subervi
ADAM N. SUBERVI
Assistant U.S. Attorney
Petitioner

---

## ORDER

Let the Writ Issue.

DATED: September 12, 2011

Hon. Katharine S. Hayden, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Essex County Jail**:
WE COMMAND YOU that you have the body of

. George Cheek, SBI # 468729C

now confined at the **Essex County Jail**, brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. District Judge, in the courthouse at 50 Walnut Street, Newark, on Monday, September 19, 2011 at 3:00 p.m., in civilian clothes, so that he may have an **Initial Appearance and Arraignment** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: September 12, 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk