**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**NEWARK**                                          **DATE: 9/19/11**
**JUDGE:  HAYDEN**
                                                    **CASE:   11-571**

**COURT REPORTER:   Walter Perelli**

**Deputy Clerk:   RoseMarie Guilloty**

**Title of Case:**

U.S.A.   v.  George Cheek

**APPEARANCES:**

Adam Subervi, AUSA
Patrick McMann, AFPD covering for John Yauch

**Nature of proceedings:      Arraignment**

Initial appearance as to defendant Cheek.
Financial affidavit filed by defendant Cheek.
Court appointed John Yauch, AFPD as counsel for defendant.
Plea:   Not Guilty to ct. 1 of Indictment.
ORDER for Discovery & Inspection filed.

Trial:   11/21/11
Motions: 10/17/11
Opposition: 10/31/11
Argument: 11/14/11

ORDERED deft's remanded.

Time in court:   15 min


*RoseMarie Guilloty*
**RoseMarie Guilloty, Deputy Clerk**

cc: chambers