# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

**Minutes of Proceedings**

*Judge*   Katharine S. Hayden                         11/2/11
                                                      Date of Proceedings

Court Reporter     **John Stone**
Court Deputy       RoseMarie Guilloty

                                                              11-571
*Title of Case:*                          *Docket #*_____

 US   v George Cheek

*Appearances:*

David Foster, AUSA
John Yauch, AFPD

*Nature of Proceeding:*

Hearing held on defendant's (8) motion to modify conditions of release.
Court denied the motion.
Counsel to submit a proposed order.

Time in court: 45 min

                              *RoseMarie Guilloty*
                         RoseMarie Guilloty, Deputy Clerk