UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 11-571 (KSH) |
| GEORGE CHEEK | : | <u>TRIAL CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant George Cheek, John Yauch, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to continue discovery, litigate motions and prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations appearing to beat an impasse, Defendant requires additional time to review discovery, research potential motions, file motions, interview witnesses and prepare for trial;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, on this ___ day of February, 2012,

IT IS ORDERED that this action be, and hereby is, continued for a period from the date of this Order through and including April 23, 2012; and it is further

ORDERED that the period from the date of this Order through and including April 23, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calender for this matter shall be revised as follows:

Defense and Government Motions shall be filed no later than:    March 12, 2012

Opposition to motions shall be filed no later than:    March 26, 2012

Reply Briefs shall be filed no later than:

April 2, 2012

Motions hearing: <u>April 9, 2012</u>

Trial: <u>April 23, 2012</u>

_____
HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

_____
ADAM N. SUBERVI
Assistant U.S. Attorney

_____
JOHN YAUCH
Counsel for defendant GEORGE CHEEK