**MACK & GIL, LLC**
**Anthony C. Mack, Esq.**
**60 Park Place, Suite 1104**
**Newark, NJ 07102**
**(973) 624-7800**
**Attorney for Defendant, George Cheek**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA  :<br>     Plaintiff,                    :<br>                                        :<br>                                        :<br>     vs.                            :<br>                                        :<br>                                        :<br> GEORGE CHEEK,              :<br>     Defendant,                  :<br>                                        : | Crim. No.: 11-571 (KSH)<br><br>Criminal Action<br><br>**NOTICE OF APPEARANCE** |

**To: Clerk of Court**

Please be advised that this office has been retained to represent George Cheek in regard to the above captioned matter.

Please enter my appearance as attorney for George Cheek.  Kindly address all communication to this office.

MACK & GIL, LLC

By: _ |s| Anthony C. Mack, Esq._

Dated: March 13, 2012            Anthony C. Mack, Esq.
                                          Attorney for Defendant, George Cheek