# MACK & GIL, LLC

Attorneys-At-Law

A Limited Liability Company

ANTHONY C. MACK*+
KELVIN R. GIL*
* NJ AND NY BARS
+ Admitted to US Supreme Court

60 PARK PLACE
SUITE 1104
NEWARK, NJ 07102
(973) 624-7800
FAX (973) 624-5005

NEW YORK OFFICE
_____

20 VESEY STREET, SUITE 503
NEW YORK, NY 10007

REPLY TO NJ OFFICE

March 15, 2012

**<u>Via ECF</u>**
U.S. District Court – Newark
Martin Luther King, Jr., Federal Bldg. & Courthouse
Newark, New Jersey 07101

**Attn:  Hon. Katherine S. Hayden, U.S.D.J.**

**Re:  U.S. vs. George Cheek**
**Docket No.:   11-571 (KSH)**

Dear Judge Hayden:

Please be advised that this office has been retained to represent the above referenced defendant.

This matter is currently scheduled for a motion hearing on April 9, 2012 at 9:00 a.m. and trial on April 23, 2012.

I have discussed this with my client and AUSA, Adam Subervi.  Mr. Subervi is in the process of providing me with discovery.  The government has no objection to converting the April 9, 2012 motion date to a status conference to discuss scheduling in this matter.

Thank you for your anticipated concern and cooperation.

Respectfully,

Anthony C. Mack, Esq.

ACM/tw