Honorable Katharine S Hayden
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Room PO 05
Newark, NJ 07101

11-571

Honorable Judge Hayden:

My name is George Cheek, Jr. and I am currently incarcerated in Hudson Country Correctional Center. I am writing you to request a change of defense counsel. I am currently being represented by Mr. John Yauch, however I do not feel as though I am being represented as well as I can be. Unfortunately, I do not feel that Mr. Yauch has my best interest at heart. This situation is very important to me and I do not take the consequences and repercussions lightly, therefore I seek advice from my attorney (Mr. Yauch or newly appointed counsel) that will help me make the best decision for my future. I do understand that Mr. Yauch is not a private attorney, however I do not feel that because of this he should not be able to give me adequate representation. I may not be able to afford a private attorney but I do feel that I should not be given sub-standard representation. I respect the system that is set in place and I am grateful that I am able to be represented, however I would like to have an attorney who listens, cares and is concerned about my well being. I do not believe Mr. Yauch is that attorney. I am aware that it is late in the process for me to request a change but I hope that this does not affect your decision. I pray that you understand my concerns and will grant me this request. I would like to thank you in advance for your time and consideration.

Respectfully,

George Cheek