# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

*Judge*   <u>Katharine S. Hayden</u>                    <u>4/9/12</u>
                                                    Date of Proceedings

Court Reporter   <u>Ralph Florio</u>
Court Deputy   <u>RoseMarie Guilloty</u>

*Title of Case:*                        *Docket #*  <u>11-571</u>

 US  v George Cheek

*Appearances:*

Adam Subervi, AUSA
Anthony Mack, Esq.

 *Nature of Proceeding:*

Status conference held.
Trial and briefing schedule to issue.

Ordered defendant remanded.

Time in court: 30

<u>RoseMarie Guilloty</u>
RoseMarie Guilloty, Deputy Clerk