UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK                                                DATE: 9/19/12

**JUDGE: HAYDEN**

*Docket # 11-571*

COURT REPORTER: Ralph Florio

DEPUTY CLERK: RoseMarie Guilloty

*Title of Case:*

U.S.  v.  George Cheek

*Appearances:*

Adam Subervi, AUSA
Anthony Mack, Esq.

*Nature of proceedings:*   Retraction

Deft. sworn
Deft retracted his plea of Not Guilty heretofore entered and pled guilty to Count One of the indictment.
Rule 11 form filed.
Plea Agreement filed.
ORDERED sentence date set for 1/14/13 at 10:00.
ORDERED deft. remanded

Time in court: 2:00

cc: chambers                              *RoseMarie Guilloty*
                                          RoseMarie Guilloty, Deputy Clerk