## MACK & GIL, LLC
Attorneys-At-Law
A Limited Liability Company

ANTHONY C. MACK*+
KELVIN R. GIL*
* NJ AND NY BARS
+ Admitted to US Supreme Court

60 PARK PLACE
SUITE 1104
NEWARK, NJ 07102
(973) 624-7800
FAX (973) 624-5005

NEW YORK OFFICE
‾‾‾‾‾‾‾‾‾‾‾‾
20 VESEY STREET, SUITE 503
NEW YORK, NY 10007

REPLY TO NJ OFFICE

January 4, 2012

**Via ECF**
Hon.  Katherine S. Hayden, U.S.D.J.
U.S. District Court - N.J.
Frank R. Lautenberg U.S.P.O. &
   Courthouse Bldg., Room 311
P. O. Box 999
Newark, New Jersey 07101

                    Re:  U.S. vs. George Cheek
                    Criminal No.: 11-571 (KSH)

Dear Judge Hayden:

     Please be advised that this office represents the above referenced defendant.  This matter is scheduled for sentencing on January 14, 2013.

     By way of this letter, and with the consent of AUSA, Adam Subervi, it is respectfully requested that this matter be adjourned to January 28, 2013 in order to allow me to prepare a sentencing memorandum and adequately prepare for the sentencing hearing.

     Thank you for your anticipated concern and cooperation.

                              Respectfully,

                              Anthony C. Mack, Esq.

ACM/tw
Cc: Adam Subervi, AUSA
    David Sternberg, USPO