# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

NEWARK                                          DATE: 3/19/13

*JUDGE: HAYDEN*                                 *Docket# 11-571*


COURT REPORTER: Ralph Florio

DEPUTY CLERK: RoseMarie Guilloty

*Title of Case:*

U.S.A.  v. George Cheek

*Appearances:*

Adam Subervi, AUSA
Anthony Mack, Esq.

*Nature of proceedings*: SENTENCE


Defendant is sentenced to 70 months of imprisonment.
3 years supervised release.
Standard conditions: Defendant shall not commit another federal,
state or local crime, etc.
Special conditions: alcohol/drug testing and treatment, etc.
Recommendations: designation to a facility where defendant can
participate in the RDAP.
Restitution: n/a
Fine: waived
Special Assessment: 100.00

Ordered defendant remanded.


Time in court: 1:00

cc: chambers                        *RoseMarie Guilloty*
                                    _____
                                    RoseMarie Guilloty, Deputy Clerk