**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**OFFICE: NEWARK**                                    **DATE:** October 28, 2020
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN


**TITLE OF CASE:**                                    **DOCKET # 11-cr-571**
UNITED STATES OF AMERICA

                    vs.

GEORGE CHEEK

             **DEFT. PRESENT**

**APPEARANCES:**
Blake Coppotelli , AUSA for Government
Linda Foster, AFPD, for Defendant
Kelly Sullivan, Probation

**Nature of Proceedings**: ZOOM FINAL REVOCATION HEARING
Defendant present by video.
Defendant sworn.
Hearing held.
Defendant plead guilty to violation # 2 of the amended petition.
Defendant sentenced to a term of time served on violation # 2 of the amended petition.
Government moved to dismiss violation(s) 1, 3,4,5 and 6 of the amended petition.
Court ordered violation(s) 1,3, 4, 5, and 6 dismissed.
Order to be submitted to the Court.
Ordered Supervised Release terminated.

**Time Commenced: 11:05 AM**
**Time Adjourned:   11:20 PM**


                          Christine Melillo, Deputy Clerk
                    to the Honorable Katharine S. Hayden, U.S.D.J