UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Docket Number: 11-00571-001 |
| George Cheek | : | **O R D E R** |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant George Cheek (Linda Foster, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on March 19, 2013. The defendant having entered a guilty plea on October 28, 2020 to violating supervised release Condition 14, that he report to his probation officer within seventy-two hours any arrest or questioning by a law enforcement, as directed by the Court; and for good cause shown;

IT IS on this 28th day of October, 2020;

ORDERED that the defendant is adjudged guilty of having violated his supervised release, which required that he report to the probation officer as directed;

IT IS FURTHER ORDERED that supervised release is hereby terminated;

IT IS FURTHER ORDERED that the defendant is hereby sentenced to time served on the violation; and,

IT IS FURTHER ORDERED that Violation Nos. 1, 3, 4, 5, and 6, of the amended Petition filed on October 23, 2020, are hereby dismissed.

HONORABLE Katharine S. Hayden
United States District Judge